IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARLES M. TESTERMAN, )
)
    Plaintiff, )
)
v. ) 1:04CV01121
)
MBNA AMERICA BANK, N.A., )
)
    Defendant. )

J-U-D-G-M-E-N-T

On May 5, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's motion to dismiss [Pleading No. 3] be **GRANTED** and that this action be, and is hereby, dismissed with prejudice.

This the day of June 14, 2005

                                                     /s/ N. Carlton Tilley, Jr.
                                                   United States District Judge